## IMPORTANT NOTICE TO ATTORNEYS

PLEASE READ PARAGRAPH 2 OF THE ATTACHED MEMORANDUM REGARDING THE ELECTION FORM. NOTIFYING THE COURT OF YOUR ELECTION IS NOW A MUCH EASIER PROCESS!

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA

GREGORY J. LEONARD
Clerk of Court
478-752-3497

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

# **MEMORANDUM**

TO:     All Counsel and *Pro Se* Parties

FROM:   Gregory J. Leonard

DATE:   October 18, 2010

RE:     Florida Foundation Seed Producers, Inc. Vs. Georgia Farm Services, LLC, et al.
        Civil Action Number:  1:10-CV-125(WLS)

This district has three full-time magistrate judges: CLAUDE W. HICKS, JR., in Macon, THOMAS Q. LANGSTAFF, in Albany, and G. MALLON FAIRCLOTH in Columbus. Full-time magistrate judges are authorized to exercise civil jurisdiction under 28 U.S.C. §636(c)(1) which provides: "Upon the consent of the parties, a full-time United States magistrate...may conduct any or all proceeding in a jury or non-jury civil matter and order the entry of judgment in the case..."

Attached is an ELECTION FORM to allow you to inform the court of your decision regarding this matter; the Clerk's Office shall be notified of your election WITHIN FIFTEEN (15) DAYS of your receipt of this memorandum. *Pro se* parties should complete and return the executed form to the Clerk's Office. Attorneys should login to CM/ECF and docket the appropriate **Election** event; since the e-filing entry will state the appropriate election, it is no longer necessary to scan and attach the election form. It is important to note that during the e-filing entry, attorneys representing more than one party must select ALL PARTIES for whom they are making the election.

This process is necessary to enable the court to better schedule trials and other such hearings as may be appropriate. **Please make sure the court has your response within the 15 days specified above.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| *FLORIDA FOUNDATION SEED PRODUCERS, INC.,*  :<br>:<br>**Plaintiff**  :<br>:<br>vs.  :<br>:<br>*GEORGIA FARM SERVICES, LLC, et al.,*  :<br>:<br>**Defendants.**  : | CASE NO.: 1:10-CV-125(WLS) |

**ELECTION UNDER 28 U.S.C. SECTION 636(c)**

The undersigned, a party in the above-styled proceeding, or counsel authorized to so act, hereby make the following election pursuant to 28 U.S.C. Sec. 636(c)(1) and (2).

☐   **OPTION NO. 1:** I hereby WAIVE my right to trial and entry of judgment before a United States District Judge and CONSENT for a full-time United States Magistrate Judge for the Middle District of Georgia to conduct any and all proceedings in connection with this action, including, but not limited to, the trial of said case and the ordering of the entry of judgment herein by the magistrate judge; I further agree that any appeal from said judgment shall be taken directly to the Court of Appeals of the Eleventh Circuit in the same manner as an appeal from any other judgment of a district court; **OR,**

☐   **OPTION NO. 2** I do not waive trial and judgment before the United States District Judge and do NOT consent for a United States Magistrate Judge to hear and dispose of this case.

Dated this ____ day of _____, 2010 .

_____
Attorney for Plaintiff/Defendant*
(Please Strike Inappropriate Words)

---

*Attorneys executing this form must make it clear on whose behalf they are signing