

Charles E. Peeler*                                                                       Email:cpeeler@fpplaw.com  
                                                                                             *Registered Patent Attorney

November 9, 2010

<u>BY EFILING</u>

Ms. Holly R. McCarra  
Arbitration Clerk  
United States District Court  
Middle District of Georgia  
475 Mulberry Street  
Post Office Box 128  
Macon, Georgia 31201-0128

        **RE:**    *Florida Foundation Seed Producers, Inc. v. Georgia Farm Services*  
                   **U.S. District Court – Middle District of Georgia**  
                   **Civil Action No.: 1:10-CV-125(WLS)**  
                   **FPP File No.: 1734-09**

Dear Ms. McCarra:

       In response to the arbitration letter filed by the Clerk's office on November 1, 2010, Defendants respectfully withdraw from arbitration in the above-referenced matter pursuant to Local Rule 16.2.

       If you have any questions, please do not hesitate to contact us. Thank you for your assistance in this matter.

                                                       Sincerely,

                                                        FLYNN PEELER & PHILLIPS LLC

                                                        **/s/Charles E. Peeler**  
                                                        Charles E. Peeler

cc:    Mr. William Pope Langdale, III  
        Ms. Christina L. Folsom  
        Mr. Joel E. Cape  
        Mr. Garrett W. Thalgott

Post Office Box 7 (31702)  
517 W. Broad Avenue  
Albany, Georgia 31701

Ph 229.446.4886  
Fax 229.446.4884  
www.fpplaw.com